1  PAMELA TSAO (SBN: 266734)
   ASCENSION LAW GROUP
2  12341 Newport Ave.
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff QUY TRUONG
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | QUY TRUONG, an individual,        ) Case No.: 8:23-cv-00591-DFM
                                      )
12 |         Plaintiff,                ) **NOTICE OF CONDITIONAL**
                                      ) **SETTLEMENT**
13 |    vs.                            )
                                      )
14 |                                   )
   NM 168, LLC, a limited liability   )
15 | company                           )
                                      )
16 |                                   )
            Defendants.                )
17 |                                   )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )

24

25

26

27

28

---

**NOTICE OF CONDITIONAL SETTLEMENT**
**8:23-CV-00591-DFM**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: May 8, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Quy Truong